UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSUDER RIDOY,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                                    Respondents. | Case No.:  26cv1956-LL-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241** |

Before the Court is Petitioner Maksuder Ridoy's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Respondents filed a Response [ECF No. 4], and Petitioner filed a Traverse [ECF No. 5]. Respondents concede that Petitioner is entitled to be released from custody subject to conditions of supervision. Ret. at 1. Accordingly, the Court **ORDERS** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Respondents are **ORDERED** to immediately release Petitioner from custody.

3. Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal and follow all applicable statutory and regulatory procedures.

4.  Respondents are **ENJOINED** from removing Petitioner to a third country unless they adhere to the following procedures:

a. provide written notice to Petitioner and Petitioner's counsel in a language Petitioner can understand;

b. provide Petitioner a meaningful opportunity, and a minimum of <u>ten days,</u> to raise a fear-based claim for CAT protection prior to removal;

c. if Petitioner demonstrates reasonable fear of removal to the country, Respondents must move to reopen Petitioner's immigration proceedings;

d. if Petitioner is not found to have demonstrated a reasonable fear of removal to the country, Respondents must provide a meaningful opportunity, and a minimum of <u>fifteen days,</u> for Petitioner to seek reopening of his immigration proceedings.

5. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED.**

Dated:  April 14, 2026

_____
Honorable Linda Lopez
United States District Judge

26cv1956-LL-VET